**E-FILED**
Tuesday, 25 April, 2006  03:49:28 PM
Clerk, U.S. District Court, ILCD

UNITED STATES
DISTRICT COURT
CENTRAL DISTRICT
OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SHANNON M. GAUTHIER and UNIFUND CCR PARTNERS, | ) ) ) ) |
| Defendants. | ) CIVIL NO. 06-1_____ |

## NOTICE OF FORECLOSURE

The undersigned certifies that the above entitled mortgage foreclosure action was filed on

April 25, 2006, and is now pending.

(i)     The names of all plaintiffs and the case number are identified above.

(ii)    The court in which said action was brought is identified above.

(iii)   The name of the title holder of record is:  SHANNON M. GAUTHIER

(iv)    A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

> Lot 2 in Block 15 in the Original Town, Now City of Minonk, Excepting there from all mineral rights and the right to mine and remove the same.  Situated in the County of Woodford and State of Illinois.

> PIN NO. 06-07-405-018

(v)     A common address or description of the location of the real estate is as follows:

> 567 Oak Street, Minonk, Illinois  61760

(vi)    An identification of the mortgage sought to be foreclosed is as follows:

Name of mortgagor:          SHANNON M. GAUTHIER

Name of mortgagee:          United States of America,
United States Department of Agriculture

Date of mortgage:          September 20, 2000

Date of recording:          September 20, 2000

County where recorded:          Woodford County, Illinois

Recording document identification:  Recorded as Doc. No. 0005333

Respectfully submitted,
RODGER A. HEATON
United States Attorney


s/ Elizabeth L. Collins

By:          _____
Elizabeth L. Collins, IL Bar No. 487864
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL  62701
Telephone:  217/492-4450
Fax:  217/492-4888
email:  beth.collins@usdoj.gov


This instrument was prepared by Elizabeth L. Collins, Assistant United States Attorney, 318 South Sixth Street, Springfield, IL  62701.


Please return recorded notice to Elizabeth L. Collins, Assistant United States Attorney, 318 South Sixth Street, Springfield, IL  62701.