E-FILED
Wednesday, 26 April, 2006  02:19:30 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 06-1111 |
| | ) |
| SHANNON M. GAUTHIER and | ) |
| UNIFUND CCR PARTNERS, | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

Bradley W. Murphy, Assistant United States Attorney, enters his appearance to this Court as co-counsel to represent the United States for the above-named case.

                                                          Respectfully submitted,
                                                          RODGER A. HEATON
                                                          United States Attorney

                                                          s/ Bradley W. Murphy
By:   _____
                                                          Bradley W. Murphy, IL Bar No. 1992775
                                                          Attorney for Plaintiff
                                                          United States Attorney's Office
                                                          One Technology Plaza
                                                          211 Fulton Street, 4th Floor
                                                          Peoria, Illinois  61602
                                                          Telephone:  309-671-7050
                                                          Fax:  217-671-7259
                                                          email:  brad.murphy@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a copy of the foregoing to:

>Shannon M. Gauthier
>567 Oak Street
>Minonk, Illinois  61760
>
>Unifund CCR Partners
>211 Landmark Drive, Suite S-5
>Normal, IL  61761

Date: April 26, 2006                    s/:Margo L. Scamp
                                        Legal Assistant