IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 06-1111 |
| | ) |
| SHANNON M. GAUTHIER and | ) |
| UNIFUND CCR PARTNERS, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL

Plaintiff, United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney Elizabeth L. Collins, gives notice of the dismissal of this action, and states the following.

1. The government filed its complaint to foreclose on April 25, 2006.

2. The subject borrower has paid $5,779.03 to bring her account current, plus costs of the suit of $406.00, and Rural Development has requested the foreclosure suit be dismissed

3. No adverse party has filed an answer to the complaint.

        Respectfully submitted,
        RODGER A. HEATON
        United States Attorney

        s/ Elizabeth L. Collins

By: _____

        Elizabeth L. Collins, IL Bar No. 487864
        Attorney for Plaintiff
        United States Attorney's Office
        318 South Sixth Street
        Springfield, IL  62701
        Telephone:  (217) 492-4450
        Fax:  (217) 492-4888
        Email:  beth.collins@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been placed in the United States mail addressed to:

>Shannon M. Gauthier
>567 Oak Street
>Minonk, Illinois  61760
>
>Unifund CCR Partners
>211 Landmark Drive, Suite S-5
>Normal, IL  61761

|  |  |
|---|---|
| May 25, 2006 | s/ Elizabeth L. Collins |
| Date:_____ | _____ |