UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 06-1111 |
| | ) |
| SHANNON M. GAUTHIER and | ) |
| UNIFUND CCR PARTNERS, | ) |
| | ) |
| Defendants. | ) |

## RELEASE OF NOTICE OF FORECLOSURE

Release is hereby given of the Notice of Foreclosure filed in the United States District Court, Central District of Illinois, on April 25, 2006, and recorded in the Recorder's Office in Woodford County, Illinois, on May 3, 2006, as Document No. 602794, which Notice of Foreclosure stated as follows:

The undersigned certifies that the above-entitled mortgage foreclosure action was filed on April 25, 2006, and is now pending.

(i)  The name of the plaintiff and the case number are identified above.

(ii)  The court in which said action was brought is identified above.

(iii)  The name of the title holder of record is:  Shannon M. Gauthier

(iv)  A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

> Lot 2 in Block 15 in the Original Town, Now City of Minonk, Excepting there from all mineral rights and the right to mine and remove the same.  Situated in the County of Woodford and State of Illinois.

PIN NO. 06-07-405-018

(v) A common address or description of the location of the real estate is as follows:

    567 Oak Street, Minonk, Illinois 61760

(vi) An identification of the mortgage sought to be foreclosed is as follows:

| | |
|---|---|
| Name of mortgagor: | Shannon M. Gauthier |
| Name of mortgagee: | United States of America, United States Department of Agriculture |
| Date of mortgage: | September 20, 2000 |
| Date of recording: | September 20, 2000 |
| County where recorded: | Woodford County, Illinois |
| Recording document identification: | Recorded as Doc. No. 0005333 |

Respectfully submitted,
RODGER A. HEATON
United States Attorney

By:   s/ Elizabeth L. Collins
    _____
Elizabeth L. Collins, IL Bar No. 487864
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217/492-4450
Fax: 217/492-4888
email: beth.collins@usdoj.gov

This instrument was prepared by Elizabeth L. Collins, Assistant United States Attorney, 318 South Sixth Street, Springfield, IL 62701.

Please return recorded release to Elizabeth L. Collins, Assistant United States Attorney, 318 South Sixth Street, Springfield, IL 62701.